UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**WILLIAM T. KOVACIC,**

**Plaintiff,**

**v.** **Case No. 26-C-489**

**FRANK BISIGNANO**
**Commissioner for Social Security,**

**Defendant.**

---

## ORDER REMANDING CASE

---

This matter is before the parties' Stipulated Motion for Remand for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g), and the Court being duly advised, now grants the motion.

**IT IS HEREBY ORDERED** that this case be remanded to the Agency pursuant to the fourth sentence of 42 U.S.C. § 405(g) for further proceedings and that judgment be entered pursuant to Federal Rule of Civil Procedure 58. Upon receipt of the Court's order, the Appeals Council will remand the matter to an Administrative Law Judge to, as appropriate, proceed through the sequential disability evaluation process; give further consideration to the claimant's maximum residual functional capacity during the entire period at issue; evaluate the opinion evidence pursuant to the relevant regulations; offer the claimant the opportunity for a hearing; take further action to complete the administrative record; and issue a new decision.

Dated at Green Bay, Wisconsin this 27th day of October, 2026.

William C. Griesbach
United States District Judge